UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )    3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lori L. Colonna, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13030-DRH |
| *Natasha Hamil v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11340-DRH |
| *Richelle Hites v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13164-DRH |

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 3, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
         Deputy Clerk

Dated:  October 4, 2013

David R. Herndon
2013.10.04
18:12:32 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT